UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO H. CRUZ, | 1:07-CV-00424 LJO NEW (DLB) HC |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME [Doc. #15] |
| v. | |
| WARDEN, AVENAL STATE PRISON, | FINDINGS AND RECOMMENDATION REGARDING PETITIONER'S MOTION FOR DEFAULT JUDGMENT |
| Respondent. | [Doc. #14] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 22, 2007, Petitioner filed a motion requesting default be entered for Respondent's failure to comply with a court order. On August 23, 2007, Respondent filed a request for an extension of time to file an overdue answer. On that same date, Respondent did in fact file an answer.

**DISCUSSION**

I.  Motion for Default Judgment

Pending before the Court is Petitioner's motion for default judgment. Petitioner complains that Respondent has failed to timely comply with the deadlines set by the Court and that Petitioner is therefore entitled to default. The Court rejects this contention. 28 U.S.C. § 2241(c)(3) provides that

the writ of habeas corpus shall not extend to a prisoner unless he is "in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2243 provides that "the court shall summarily hear and determine the facts, and dispose of the matter as law and justice require." 28 U.S.C. § 2243.  In Townsend v. Sam, 372 U.S. 293, 312, 83 S.Ct. 745 (1963), the Court said: "State prisoners are entitled to relief on federal habeas corpus only upon proving that their detention violates the fundamental liberties of the person, safeguarded against state action by the Federal Constitution."  The burden to show that he is in custody in violation of the Constitution of the United States is on Petitioner.  The failure of State officials to timely comply with the deadlines set by this Court does not relieve Petitioner of his burden of proof.  Default judgments in habeas corpus proceedings are not available as a procedure to empty State prisons.

II.  Motion for Extension of Time

Respondent filed a motion for extension of time to allow the filing of an overdue answer. Counsel for Respondent states she did not willfully disobey a court order. Rather, the failure to timely file an answer was due to an oversight on her part in failing to calendar the deadline. Therefore, she was not aware that the deadline had passed until Petitioner moved for default.

The Court finds that Counsel for Respondent did not intentionally disregard a court order. In addition, Counsel immediately took remedial action upon learning of the error.  Therefore, Counsel's omission will be excused and the motion for extension of time will be granted.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Respondent's motion for extension of time to file a late answer is GRANTED *nunc pro tunc* to August 23, 2007.

**RECOMMENDATION**

Accordingly, the Court HEREBY RECOMMENDS that Petitioner's motion for default judgment be DENIED.

This Findings and Recommendation is submitted to the Honorable Lawrence J. O'Neill, United States District Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within thirty (30) days after being served with a copy, any party may file written

1 objections with the court and serve a copy on all parties.  Such a document should be captioned
2 "Objections to Magistrate Judge's Findings and Recommendation."  Replies to the objections shall
3 be served and filed within ten (10) court days (plus three days if served by mail) after service of the
4 objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636
5 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive
6 the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

7     IT IS SO ORDERED.

8     **Dated:   August 30, 2007**                 /s/ **Dennis L. Beck**
                                                                             UNITED STATES MAGISTRATE JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28