# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO H. CRUZ, ) | 1:07-CV-00424 LJO NEW (DLB) HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #21] |
| v. ) | |
| ) | ORDER DENYING MOTION FOR |
| ) | DEFAULT JUDGMENT |
| WARDEN, AVENAL STATE PRISON, ) | [Doc. #14] |
| ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 31, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended Petitioner's motion for default judgment be DENIED. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings

and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 31, 2007, is ADOPTED IN FULL;

2. Petitioner's motion for default judgment is DENIED; and

3. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:     October 2, 2007**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE